# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **ALBERT BARNES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action File No.** |
| | ) | **1:14-cv-03946-scj** |
| **GIRLS GALORE, INC., d/b/a BLISS** | ) | |
| **Atlanta, NICHOLAS A. STERGION,** | ) | |
| **and GEORGE NAZERIAN.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER OF GEORGE NAZERIAN

George Nazerian ("this Defendant" or "Nazerian") hereby states the following in response to the Complaint filed against him.

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim for which relief can be granted.

## SECOND DEFENSE

Any damages purportedly suffered by Plaintiff are as a result of his own action or inaction, or the actions of a third parties beyond this Defendant's control.

## THIRD DEFENSE

Girls Galore, Inc. d/b/a Bliss Atlanta ("Bliss") did not have annual revenues in excess of $500,000.00.

1

## FOURTH DEFENSE

Plaintiff is not this Defendant's "employee" as that term is defined by the Fair Labor Standards Act.

## FIFTH DEFENSE

Any applicable alleged action against this Defendant was not governed by the Fair Labor Standards Act.

## SIXTH DEFENSE

Plaintiff cannot establish that any act or omission on the part of this Defendant was willful under the Fair Labor Standards Act.

## SEVENTH DEFENSE

At all relevant times, to the extent it is subject to the Fair Labor Standards Act, this Defendant acted in good faith reliance upon its interpretation of the Fair Labor Standards Act, its administrative regulations and the rulings of the Wage and Hour Administrator.

## EIGHTH DEFENSE

At all relevant times, to the extent it is subject to the Fair Labor Standards Act, this Defendant complied with the applicable requirements of the Fair Labor Standards Act and the regulations promulgated thereunder.

## NINTH DEFENSE

Any proven violation of the Fair Labor Standards Act against this Defendant was not the result of willful, deliberate, intentional acts, or the reckless disregard or indifference for the protections afforded by those Acts.

## TENTH DEFENSE

For answers to the specific allegations, this Defendant states as follows:

## INTRODUCTION

1.

Paragraph 1 of the Complaint is a summary of causes of action asserted by Plaintiff. No factual allegations are contained within Paragraph 1. Therefore, the contents contained in Paragraph 1 of the Complaint are denied.

## JURSIDICTION AND VENUE

2.

In response to the allegations contained within Paragraph 2 of the Complaint, this Defendant denies that Plaintiff's claims satisfy the elements of the applicable causes of action, and therefore, the jurisdictional requirements have not been satisfied.  This Defendant admits that this Court has jurisdiction over the FLSA statutes cited by Plaintiff. All other allegations contained within Paragraph 2 of the Complaint are denied by this Defendant.

3.

In response to the allegations contained within Paragraph 3 of the Complaint, this Defendant admits that he resides in the Northern District of Georgia and that co-Defendants are also residents within this judicial district. Accordingly, venue would be proper in this Court.  All other allegations contained within Paragraph 3 in the Complaint are denied by this Defendant.

**THE PARTIES**

4.

This Defendant is without sufficient information or knowledge to admit or deny the allegations contained within Paragraph 4 of the Complaint. Accordingly, the allegations are denied.

5.

This Defendant admits the allegations contained within Paragraph 5 of the Complaint.

6.

This Defendant admits the allegations contained within Paragraph 6 of the Complaint.

7.

This Defendant admits the allegations contained within Paragraph 7 of the Complaint.

8.

This Defendant admits the allegations contained within Paragraph 8 of the Complaint.

9.

In response to the allegations contained within Paragraph 9 of Plaintiff's Complaint, the allegations are directed to Co-Defendant, Stergion, not this Defendant. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the allegations contained within this Paragraph.

10.

In response to the allegations contained within Paragraph 10 of Plaintiff's Complaint, the allegations are directed to Co-Defendant, Stergion, not this Defendant. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the allegations contained within this Paragraph.

11.

In response to the allegations contained within Paragraph 11 of Plaintiff's Complaint, the allegations are directed to Co-Defendant, Stergion, not this Defendant. Accordingly, no response of this Defendant is required, and to the

extent a response is required and based upon this, this Defendant denies the allegations contained within this Paragraph.

12.

This Defendant admits the allegations contained within Paragraph 12 of the Complaint.

13.

This Defendant admits the allegations contained within Paragraph 13 of the Complaint.

14.

This Defendant admits the allegations contained within Paragraph 14 of the Complaint.

<strong><u>FACTUAL ALLEGATIONS</u></strong>

15.

In response to the allegations contained within Paragraph 15 of the Complaint, this Defendant admits that he is a shareholder of Bliss.  The remaining allegations contained within Paragraph 15 of the Complaint directed to this Defendant are denied. The allegations contained within Paragraph 15 of Plaintiff's Complaint directed to Co-Defendants, Stergion and Bliss do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

6

16.

In response to the allegations contained within Paragraph 16 of the Complaint, this Paragraph refers to "Defendants' primary business at Bliss, so the allegations are solely related to Bliss's business and not this Defendant, individually.  To the extent there all allegations against this Defendant in this Paragraph, he denies them. As to the allegations against the Co-Defendants, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

17.

In response to the allegations contained within Paragraph 17 of the Complaint, this Defendant denies the allegations directed to him. The remaining allegations contained within Paragraph 17 of the Complaint directed to Co-Defendant, Sterion, do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

18.

In response to the statements contained within Paragraph 18 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to

factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

19.

In response to the statements contained within Paragraph 19 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

20.

In response to the statements contained within Paragraph 20 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Stergion, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

21.

In response to the statements contained within Paragraph 21 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Stergion, not this

Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

22.

In response to the statements contained within Paragraph 22 of the Complaint, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

23.

In response to the statements contained within Paragraph 23 of the Complaint, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

24.

In response to the statements contained within Paragraph 24 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to

the statements and contents of Paragraph 24 against him. The remaining statements contained within Paragraph 24 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

25.

In response to the allegations contained within Paragraph 25 of the Complaint, this Defendant admits that Plaintiff was a dancer upon information and belief. The remaining allegations in this Paragraph are denied.

26.

In response to the allegations contained within Paragraph 26 of the Complaint, this Defendant admits that he did not individually pay Plaintiff wages of any kind.  As to the remaining allegations in this Paragraph, Plaintiff asserts "Defendants did not pay Mr. Barnes" and these allegations are solely related to Bliss's business and not this Defendant, individually. Therefore, the allegations contained within Paragraph 26 of Plaintiff's Complaint do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

27.

In response to the statements contained within Paragraph 27 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

28.

In response to the statements contained within Paragraph 28 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

29.

In response to the statements contained within Paragraph 29 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to

the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

30.

In response to the allegations contained within Paragraph 30 of Plaintiff's Complaint, the allegations are directed to Co-Defendant Bliss, not this Defendant. Accordingly, no response is required and based upon this, this Defendant denies the allegations contained within this Paragraph.

31.

In response to the allegations contained within Paragraph 31 of Plaintiff's Complaint, the allegations are directed to Co-Defendant Bliss, not this Defendant. Accordingly, no response is required and based upon this, this Defendant denies the allegations contained within this Paragraph.

32.

In response to the statements contained within Paragraph 32 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

33.

In response to the statements contained within Paragraph 33 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

34.

In response to the statements contained within Paragraph 34 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

35.

In response to the statements contained within Paragraph 35 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to

the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

36.

In response to the statements contained within Paragraph 36 of Plaintiff's Complaint, the statements are directed to Co-Defendant, Bliss, not this Defendant. In addition, the statements are conclusory and assertions of law, as opposed to factual allegations. Accordingly, no response of this Defendant is required, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

37.

In response to the statements contained within Paragraph 37 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 37 against him. The remaining statements contained within Paragraph 37 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

38.

In response to the statements contained within Paragraph 38 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 38 against him. The remaining statements contained within Paragraph 38 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

39.

In response to the statements contained within Paragraph 39 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 39 against him. The remaining statements contained within Paragraph 39 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations contained within this Paragraph.

40.

In response to the allegations contained within Paragraph 40 of the Complaint, this Defendant admits that he did not individually pay Plaintiff. As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

41.

In response to the allegations contained within Paragraph 41 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

42.

In response to the allegations contained within Paragraph 42 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and

based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

43.

In response to the allegations contained within Paragraph 43 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

44.

In response to the allegations contained within Paragraph 44 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

45.

In response to the allegations contained within Paragraph 45 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not

require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

46.

In response to the allegations contained within Paragraph 46 of the Complaint, this Defendant denies the allegations against him. As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

47.

In response to the allegations contained within Paragraph 47 of the Complaint, this Defendant denies the allegations against him. As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

48.

In response to the allegations contained within Paragraph 48 of the Complaint, this Defendant denies the allegations against him. As to the remaining

allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

49.

In response to the allegations contained within Paragraph 49 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

50.

In response to the allegations contained within Paragraph 50 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

51.

In response to the allegations contained within Paragraph 51 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

52.

In response to the allegations contained within Paragraph 52 of the Complaint, this Defendant denies the allegations against him.  As to the remaining allegations in this Paragraph, they are directed to the Co-Defendants and do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

## **COUNT I**

53.

This Defendant incorporates and adopts his responses to Paragraphs 1-52 of the Complaint.

54.

In response to the statements contained within Paragraph 154 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 54 against him. The remaining statements contained within Paragraph 54 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations and contents contained within this Paragraph.

55.

In response to the statements contained within Paragraph 55 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 55 against him. The remaining statements contained within Paragraph 55 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations and contents contained within this Paragraph.

56.

In response to the allegations contained within Paragraph 56 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 56 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

57.

In response to the allegations contained within Paragraph 57 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 57 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

58.

In response to the allegations contained within Paragraph 58 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 58 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a

response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

59.

In response to the allegations contained within Paragraph 59 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 59 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

60.

In response to the allegations contained within Paragraph 60 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 60 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

**COUNT II**

61.

This Defendant incorporates and adopts his responses to Paragraphs 1-60 of the Complaint.

23

62.

In response to the statements contained within Paragraph 62 of the Complaint, the contents of this Paragraph contain conclusory and legal statements, not factual allegations. Therefore, no response of this Defendant is required as to the statements and contents of Paragraph 62 against him. The remaining statements contained within Paragraph 62 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the statements and allegations and contents contained within this Paragraph.

63.

In response to the allegations contained within Paragraph 63 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 63 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

64.

In response to the allegations contained within Paragraph 64 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 64 of the Complaint directed to Co-

Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

65.

In response to the allegations contained within Paragraph 65 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 65 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

66.

In response to the allegations contained within Paragraph 66 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 66 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

67.

In response to the allegations contained within Paragraph 67 of the Complaint, this Defendant denies the allegations against him. The remaining

allegations contained within Paragraph 67 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

68.

In response to the allegations contained within Paragraph 68 of the Complaint, this Defendant denies the allegations against him. The remaining allegations contained within Paragraph 68 of the Complaint directed to Co-Defendants do not require a response of this Defendant, and to the extent a response is required and based upon this, this Defendant denies the remaining allegations contained within this Paragraph.

## **ELEVENTH DEFENSE**

This Defendant denies all allegations not otherwise admitted, denied or explained.  This Defendant also denies all allegations in which his answer is deemed insufficient or defective.

## **TWELFTH DEFENSE**

This Defendant denies that Plaintiff is entitled to the relief prayed for in this Complaint.

WHEREFORE, having answered the Complaint against him, Defendant demands that judgment be rendered in his favor, he be awarded his attorneys' fees and all other relief he is entitled to, and a jury to decide the issues.

This 24th day of July, 2015.

/s/ Jeffrey A. Powell
William R. Lester
Ga. Bar No. 447752
Jeffrey A. Powell
Ga. Bar No. 585982
Counsel for Defendant

Fryer, Shuster & Lester, P.C.
1050 Crown Pointe Parkway, Suite 410
Atlanta, Georgia  30338
770-668-9300

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1D of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing was prepared on computer using Times New Roman (14 point).

/s/ Jeffrey A. Powell
William R. Lester
Ga. Bar No. 447752
Jeffrey A. Powell
Ga. Bar No. 585982
Counsel for Defendant

Fryer, Shuster & Lester, P.C.
1050 Crown Pointe Parkway, Suite 410
Atlanta, Georgia  30338
770-668-9300

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALBERT BARNES,                    )
                                  )
        Plaintiff,                )
                                  )
vs.                               )        Civil Action File No.
                                  )        1:14-cv-03946-scj
GIRLS GALORE, INC., d/b/a BLISS   )
Atlanta, NICHOLAS A. STERGION,    )
and GEORGE NAZERIAN.              )
                                  )
        Defendants.               )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day filed the foregoing Answer of

George Nazerian with the Court's CM/ECF electronic filing system, which will

automatically generate notice to all attorneys of record as follows:

Kevin D. Fitzpatrick, Jr.
Charles R. Bridgers
Matthew W. Herrington
Delong Caldwell Bridgers & Fitzpatrick, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA  30303

This 24th day of July, 2015.

/s/ Jeffrey A. Powell
William R. Lester
Ga. Bar No. 447752
Jeffrey A. Powell
Ga. Bar No. 585982
Counsel for Defendant

Fryer, Shuster & Lester, P.C.
1050 Crown Pointe Parkway, Suite 410
Atlanta, Georgia  30338
770-668-9300