IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALBERT BARNES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GIRLS GALORE, INC., et al,<br><br>　　　　Defendants. | Civil Action No. 1:14-CV-03946-SCJ |

## STATUS REPORT

The Parties report that they have reached an agreement in principle on settlement with the assistance of Magistrate Judge J. Clay Fuller serving as a mediator; that they are currently working on a settlement document; and that if they cannot come to agreement on such document before April 14, 2017, they will request further assistance of the Magistrate Judge.

　　　　Respectfully submitted,

| | |
|---|---|
| **DELONG CALDWELL BRIDGERS FITZPATRICK & BENJAMIN, LLC** | **GREGORY, DOYLE, CALHOUN & ROGERS, LLC** |
| *s/ Kevin D. Fitzpatrick, Jr.* | *s/ William P. Miles, Jr.* |
| Kevin D. Fitzpatrick, Jr. | William P. Miles, Jr. |
| Georgia Bar No. 262375 | Georgia Bar No. 505828 |
| *s/ Charles R. Bridgers* | 49 Atlanta Street |
| Charles R. Bridgers | Marietta, GA 30060 |
| Georgia Bar No. 080791 | 770.422.1776 office |
| | 770.426.6155 facsimile |

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

COUNSEL FOR PLAINTIFF

wmiles@gregorydoylefirm.com

COUNSEL FOR NICHOLAS STERGION

**MICHAEL A. DOMINY**

*s/ Michael A. Dominy*
Michael A. Dominy
Georgia Bar No. 225335
881 Ponce de Leon Ave.
Suite 3
Atlanta, Georgia 30306
(404)900-9570
michael@dominylaw.com

COUNSEL FOR GEORGE NAZARIAN AND GIRLS GALORE, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ALBERT BARNES,** | |
| **Plaintiff,** | |
| vs. | Civil Action No. 1:14-CV-03946-SCJ |
| **GIRLS GALORE, INC., et al,** | |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I electronically filed a true and correct copy of the parties' **STATUS REPORT** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service, to the following attorneys of record:

William P. Miles, Jr.
Michael Dominy

**DELONG CALDWELL BRIDGERS
& FITZPATRICK, LLC**

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Counsel for Plaintiff